### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY E. TUBMAN,   Plaintiff, | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 12-cv-7121 |
| USAA CASUALTY INSURANCE COMPANY,   Defendant. | : : | |

### ORDER

**AND NOW**, this _29TH___ day of April 2013, it is **ORDERED** that:

- Defendant's Motion to Dismiss Counts III, IV, and V of Plaintiff's Amended Complaint (ECF No. 19) is **GRANTED**.

- Defendant's Motion to Strike references to "fiduciary duty" in Plaintiff's Amended Complaint (ECF No. 19) is **DENIED.**

```
                                        s/Anita B. Brody
                                        _____
                                        ANITA B. BRODY, J.
```

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: